O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> E. VALENZUELA, WARDEN; ) <br> MATTHEW CATE, SECRETARY OF ) <br> CDCR; GEORGE GIURBINO, ) <br> Director of CDCR; JERRY ) <br> BROWN, State Governor, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. CV 12-07150 DDP (JEMx) <br><br> **ORDER GRANTING PETITIONER'S MOTIONS TO READJUST PAYMENT AND DIRECTING SERVICE OF PROCESS** <br><br> [Dkt. Nos. 9, 10, & 11] |

  Before the court are Petitioner Rickey Williams' Motion to Readjust Payment of Full Filing Fee, Motion to Expedite, and Motion for Case Number Clarification and Order Rel Leave to File Action Without Prepayment of Full Filing Fee. Having considered the Petitioner's unopposed submissions, the court GRANTS the Motions.

  Petitioner shall make payments toward the full filing fee amount in accordance with 28 U.S.C. § 1915(b)(2). The U.S. Marshals are ordered to execute service of process.

///

///

 The court notes that the correct case number is CV 12-07150 DDP (JEMx).

IT IS SO ORDERED.


Dated: April 30, 2013

　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge